IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 13 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ROBERT and KERRYELLEN HART, | CV 19–08–M–DWM |
| Plaintiffs, | |
| v. | ORDER |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY and DOES 1–10, | |
| Defendants. | |

Defendant Mountain West Farm Bureau Mutual Insurance Company ("Mountain West") has moved to dismiss Count III of Plaintiffs' First Amended Complaint, which alleges breach of the implied covenant of good faith and fair dealing. Montana's Unfair Trade Practices Act provides "[a]n insured who has suffered damages as a result of the handling of an insurance claim may bring an action against the insurer for breach of the insurance contract, for fraud, or pursuant to this section, but not under any other theory or cause of action." Mont. Code Ann. § 33-18-242(3). Plaintiffs do not oppose Mountain West's motion, and intended to relinquish Count III in the pretrial process. Accordingly,

1

IT IS ORDERED that Mountain West's motion (Doc. 42) is GRANTED.

Count III of the First Amended Complaint (Doc. 4) is DISMISSED.

DATED this 15th day of November, 2019.

Donald W. Molloy, District Judge
United States District Court